JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MEIWU CHEN,

   Petitioner,

  v.

FERETI SEMAIA, et al.

   Respondents.

No. 5:26-cv-1781-DSR

**JUDGMENT**

 Pursuant to the Court's Order Granting Petition and Issuing Writ of Habeas Corpus for Immediate Release,

 IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED: April 23, 2026   _____

     HON. DANIEL S. ROBERTS
    UNITED STATES MAGISTRATE JUDGE